IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **PBEV, LLC** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>) **CIVIL ACTION NO. CV-10-3526**<br>)<br>**HANSEN BEVERAGE COMPANY,** )<br>**d/b/a MONSTER BEVERAGE** )<br>**COMPANY** )<br>)<br>    **Defendant.** )<br>) | |

## JOINT MOTION TO STAY PENDING SETTLEMENT AND DISMISSAL

Plaintiff PBEV, LLC ("PBEV") and Defendant Hansen Beverage Company d/b/a Monster Beverage Company ("Hansen"), (collectively, the "Parties") jointly request that the Court stay all deadlines in this action for thirty days. In support of this Joint Motion, the Parties state as follows:

1. On October 21, 2011, the Parties reached an agreement to resolve all claims in this matter. The parties are currently working on finalizing the terms of the settlement.

2. Accordingly, the Parties request that the Court stay this action for thirty days. If the case is not dismissed within this time period, the Parties will submit a joint status report that (1) reports on the status of the case; and (2) contains deadlines for the final disposition of the case.

3.      The Parties agree that a thirty day stay of this matter is an efficient use of the Court's and the Parties' resources.

WHEREFORE, the Parties request that the Court grant this Motion and stay this action for thirty days. A proposed order is attached.

Dated:  November 8, 2011            */s/ Lauren Keller Katzenellenbogen*
                                    John B. Sganga, Jr.
                                    Lynda J. Zadra-Symes
                                    Lauren Keller Katzenellenbogen
                                    Attorneys for Defendant HANSEN
                                    BEVERAGE COMPANY, d/b/a
                                    MONSTER BEVERAGE
                                    COMPANY

OF COUNSEL:

KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main St., 14th Floor
Irvine, CA 92614
Telephone:  949.760.0404
Fax:  949.760.9502
jsganga@kmob.com
lzadra-symes@kmob.com
lkeller@kmob.com

- and -

John A. Earnhardt  ASB-3724-A49J
Bryan A. Coleman  ASB-9940-R52C
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
jearnhardt@maynardcooper.com
bcoleman@maynardcooper.com

- 3 -

          */s/ Harriet Thomas Ivey (with permission)*
          Patricia Clotfelter
          Harriet Thomas Ivey
          Attorneys for Plaintiff PBEV, LLC

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
420 North 20th St.
1600 Wells Fargo Tower
Birmingham, AL 35203
Telephone: 205.328.0480
Fax: 205.322.8007

-and-

Mark M. Bettilyon
Samuel C. Straight
RAY QUINNEY & NEBEKER, P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801.532.1500
Fax: 801.532.7543

- 4 -

## CERTIFICATE OF SERVICE

I certify that on November 8, 2011, the foregoing was served on the following via the Court's CM/ECF electronic notification system:

**Attorneys for Plaintiff**
Patricia Clotfelter
Harriet Thomas Ivy
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 North 20th St.
1600 Wells Fargo Tower
Birmingham, AL 35203

Mark M. Bettilyon
Samuel C. Straight
RAY QUINNEY & NEBEKER, P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111

*/s/ Lauren Keller Katzenellenbogen*
Lauren Keller Katzenellenbogen