FILED
2011 Nov-10 PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| PBEV, LLC, | ) | |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| vs. | ) | 7:10-cv-3526-LSC |
| | ) | |
| HANSEN BEVERAGE COMPANY, | ) | |
| d/b/a MONSTER BEVERAGE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties are notified that this case is SET for a TELEPHONE
CONFERENCE at **2:00 p.m.** (CST) on **Tuesday, November 15, 2011**, regarding the
Joint Motion to Stay (Doc. 34).  The parties are to call 205-278-2186, access code
1122, prior to the designated time to join in the conference.

Done this <u>10th</u> day of <u>November 2011</u>.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
[167037]